**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PANDAVIDA, INC., UNIBABE, LLC, MYNE INTERNATIONAL, LLC, ISAAC LAPIDUS and MADELINE LAPIDUS,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., and AMAZON.COM SERVICES LLC,<br><br>Defendants. | Case No.<br><br>(Removed from the Supreme Court of the State of New York, County of Nassau, Index No. 619370/2026) |

**NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants Amazon.com, Inc. and Amazon.com Services LLC (collectively "**Amazon**") files this Notice of Removal ("**Notice**") and removes this action from the Supreme Court of the State of New York, County of Nassau, to the United States District Court for the Eastern District of New York. Removal is based on federal question jurisdiction because the action arises under the laws of the United States pursuant to 28 U.S.C. § 1331. The grounds for removal are as follows:

1. On or about September 1, 2026, Plaintiffs Pandavida, Inc. ("Pandavida"), Unibabe, LLC, Myne International, LLC, Isaac Lapidus and Madeline Lapidus (collectively "**Plaintiffs**") filed a Summons with Notice against Amazon in the Supreme Court of the State of New York, County of Nassau, Index No. 619370/2026 (the "**State Court Case**"), stating that "the nature of this action is to recover $155,700,300 in monetary damages for abuse of process, false arrest, conspiracy, malicious prosecution, defamation, false light defamation, prima facie tort, and violations of the Federal RICO Statutes, to wit: 18 U.S.C. §1961 et seq." State Court

Case Summons With Notice, Dkt. 1, at 1. Copies of all papers filed in the State Court Case are attached as **Exhibit A**.

## FEDERAL QUESTION JURISDICTION

2. The Court has original jurisdiction over this action based on 28 U.S.C. § 1331 because it arises under the laws of the United States. Specifically, Plaintiffs have asserted a claim under "18 U.S.C. §1961 et seq.," which is the federal statute governing Racketeer Influenced and Corrupt Organizations ("**RICO**") Act claims. *See Vij v. Jhanjee*, No. 24-CV-1621 (LJL), 2024 WL 1521298, at *2 (S.D.N.Y. Apr. 8, 2024) (removal of action filed in New York state court through a summons with notice was proper where the document raised federal question jurisdiction by asserting Lanham Act claims).

## REMOVAL IS TIMELY AND PROPER

3. This Notice is also timely under 28 U.S.C. § 1446(b)(1) because it is filed within 30 days of Plaintiffs' service of process in this matter. In fact, Plaintiffs have not yet made service on Amazon. A party may remove an action of which it becomes aware, even before the time set forth in 28 U.S.C. § 1446(b)(1) has begun to elapse. *See Gibbons v. Bristol-Myers Squibb Co*., 919 F.3d 699, 705 (2d Cir. 2019) (allowing pre-service removal).

4. The United States District Court for the Eastern District of New York is the proper place to remove this action under 28 U.S.C. § 1441(a) because it is the federal district court that embraces the place where the original action was filed and is pending. *See* 28 U.S.C. §§ 1441(a), 1446(a).

5. Concurrent with this filing, Amazon will provide a copy of this Notice to Plaintiffs and file a copy in the State Court Case, as required by 28 U.S.C. § 1446(d).

6. In filing this Notice, Amazon does not waive, and specifically reserves, any and all defenses, motions, and pleas, including those concerning service, venue, jurisdiction, or any other objections it may have.

WHEREFORE, Amazon respectfully requests that the above action pending against it in the Supreme Court of the State of New York, County of Nassau, be removed to this Court and that further proceedings in this action be conducted in this Court as provided by law.

Dated: New York, New York
September 30, 2026

DAVIS WRIGHT TREMAINE LLP

By: *_/s/ John M. Magliery_*
John M. Magliery
Adam Sgro
1251 Avenue of the Americas, 42nd Floor
New York, New York 10020
Tel: (212) 489-8230
johnmagliery@dwt.com
adamsgro@dwt.com

*Attorneys for Defendants Amazon.com Inc. and Amazon.com Services LLC*