# EXHIBIT A

NYSCEF
Nassau County Supreme Court

**Document List**
**Index # 619370/2026**

Created on:09/30/2026 05:16 PM

Case Caption: **PANDAVIDA INC. et al v. AMAZON.COM, INC. et al**
Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS WITH NOTICE | Processed | 09/01/2026 | Feldman, B. |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

---------------------------------------------------------------------------X

PANDAVIDA, INC., UNIBABE, LLC, MYNE INTERNATIONAL, LLC, ISAAC LAPIDUS and MADELINE LAPIDUS,

Plaintiffs,

-against-

AMAZON.COM, INC., and AMAZON.COM SERVICES LLC,

Defendants.

Index No.

SUMMONS WITH NOTICE

Venue: Plaintiffs designate Nassau County as the place of trial. The basis of this designation is the residence and principal office of the Plaintiffs. Office is 4217 Austin Blvd., Island Park, New York 11558. Residence: 115 Ocean Ave., Lawrence, New York 11559

---------------------------------------------------------------------------X

To the Parties Named as Defendants Above:

PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED to appear in this action by serving a notice of appearance on the plaintiffs' attorneys at the address set forth below, and to do so within 20 days after the service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the summons is not delivered personally to you within the State of New York.

YOU ARE HEREBY NOTIFIED THAT should you fail to answer or appear, a judgment will be entered against you by default for the relief demanded below.

NOTICE: The nature of this action is to recover $155,700,300 in monetary damages for abuse of process, false arrest, conspiracy, malicious prosecution, defamation, false light defamation, prima facie tort, and violations of the Federal RICO Statutes, to wit: 18 U.S.C. §1961 et seq. The relief sought is monetary damages of $155,700,300, trebled under the RICO Statute

to $467,100,900, plus reasonable legal fees. Should defendants fail to appear herein, judgment will be entered by default for the sum of $460,100,900 with interest from the date of September 2, 2025.

Dated: Great Neck, New York
September 1, 2026

BERNARD S. FELDMAN, P.C.
Attorney for Plaintiffs
111 Great Neck Road, #504
Great Neck, NY 11021
(516) 829-3800

TO: AMAZON.COM, INC.
410 Terry Avenue North
Seattle, WA 98109

AMAZON.COM SERVICES LLC
410 Terry Avenue North
Seattle, WA 98109